[No. 19127-0-II.    Division Two.    July 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP RAYMOND WILLIAMS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-02223-9, Thomas R. Sauriol, J., entered January 30, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Armstrong, J.


[No. 34683-1-I.    Division One.    July 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES K. DECKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-00567-9, Jack Richey, Commissioner, entered May 13, 1994. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker, C.J., and Cox, J.


[No. 34894-9-I.    Division One.    July 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN BRAA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-01395-1, Larry E. McKeeman, J., entered June 17, 1994. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Cox and Grosse, JJ.


[No. 35380-2-I.    Division One.    July 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. FOREST E. WADE, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-8-00300-1, Frank Morrow, J., entered September 21, 1994. *Reversed* by unpublished opinion per Baker, C.J., concurred in by Agid and Cox, JJ.